UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN TELECOM CO., L.L.C., ET AL.,

      Plaintiffs,

v.

THE REPUBLIC OF LEBANON,

      Defendant.
_____/

Case No. 04-72596

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is hereby GRANTED, and the case is DISMISSED.

SO ORDERED.

      s/Nancy G. Edmunds
      Nancy G. Edmunds
      United States District Judge

Dated: September 9, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 9, 2005, by electronic and/or ordinary mail.

      s/Carol A. Hemeyer
      Case Manager